Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
701 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791
Email: ms@swllplaw.com

Attorneys for Creditor
DE LAGE LANDEN FINANCIAL SERVICES, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

ANKA BEHAVIORAL HEALTH, INCORPORATED,

Debtor.

CASE NO. 19-41025 WJL 11

Chapter 11

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE COURT, THE DEBTORS, DEBTORS' COUNSEL, AND TO THOSE PARTIES ENTITLED TO NOTICE:

Pursuant to Federal Rules of Bankruptcy Rules 2002(g), 2002(m), and 9007, creditor herein, De Lage Landen Financial Services, Inc., hereby requests special notice of all matters which may come before the Court in the above-entitled matter be given as follows:

Mark A. Serlin, Esq.
Serlin & Whiteford, LLP
701 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Email: ms@swllplaw.com

///

///

---

REQUEST FOR SPECIAL NOTICE　　　　1　　　　*In re: ANKA Behavioral Health, Incorporated*
Case No. 19-41025 WJL 11

Case: 19-41025    Doc# 31    Filed: 05/07/19    Entered: 05/07/19 11:51:02    Page 1 of 2

1       This request includes, without limitation, all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this matter, whether formal or informal, *ex parte* or on notice, whether oral or in writing, and in whatever form conveyed.

DATED: May 7, 2019                          SERLIN & WHITEFORD, LLP

By:   /s/ *Mark A. Serlin*
MARK A. SERLIN, Attorneys for Creditor DE LAGE LANDEN FINANCIAL SERVICES, INC.

S:\Active Files\de lage landen\anka behavorial health\BK\special notice.request.docx

---

REQUEST FOR SPECIAL NOTICE     2     *In re: ANKA Behavioral Health, Incorporated*
Case No. 19-41025 WJL 11