Richard A. Lapping (SBN: 107496)
**TRODELLA & LAPPING LLP**
540 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 399-1015
Fax: (415) 651-9004
Email: Rich@TrodellaLapping.com

Tracy Green (SBN: 114876)
Elizabeth Berke-Dreyfuss (SBN: 114651)
Lisa Lenherr (SBN: 258091)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: tgreen@wendel.com
Email: edreyfuss@wendel.com
Email: llenherr@wendel.com

[proposed] Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 19-41025-WJL |
| ANKA BEHAVIORAL HEALTH, INCORPORATED, | Chapter 11 |
| Debtor. | **DEBTOR'S MOTION FOR ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS AND OTHER REQUIRED DOCUMENTS** |
| | Date: May 9, 2019<br>Time: 3:30 p.m.<br>Place: Courtroom 220<br>1300 Clay Street<br>Oakland, CA<br>Judge: Hon. William J. Lafferty, III |

ANKA Behavioral Health, Incorporated, the debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case ("ANKA" or the "Debtor"), hereby submits this ex parte motion (the "Motion") for the entry of an order extending the time within which the Debtor must file its Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("SOFA") and any other documents required to be filed pursuant to the Order for Non-Individual in Chapter 11 Case To File Required Documents And Notice Of Automatic Dismissal (Dkt. No. 5) ("Notice Order") (collectively with the Schedules and SOFA, the "Required Documents"). By this Motion, the Debtor requests a 30-day extension to file the Required Documents, from May 14, 2019 to June 13, 2019.

## I. STATEMENT OF FACTS

### A. General Background

1. The Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code on April 30, 2019 (the "Petition Date"). The Debtor continues to operate its business, manage its financial affairs, and operate its bankruptcy estate (the "Bankruptcy Estate") as a debtor in possession pursuant to sections 1107 and 1108.

2. As reflected in the Declaration of Chris Withrow in Support of First Day Motions filed simultaneously herewith, ANKA is a 501(c)(3) non-profit behavioral healthcare corporation that has operated since 1973. It has earned national recognition as a result of its ability to design, implement, and operate exceptional, innovative programs. Over the course of a year ANKA serves nearly 15,000 individuals and their families and generally has 200-300 clients at any one time at over 50 small scale facilities that it operated throughout California and one in Michigan. ANKA's residential and Intensive Outpatient Programs (IOP) are located in Contra Costa, Alameda, Solano, Sonoma, Santa Clara, Fresno, San Luis Obispo, Santa Barbara, Ventura, Los Angeles, and Riverside Counties and there is a veteran's facility in Michigan

3. ANKA commenced this bankruptcy case so that it can undertake an orderly wind down of all of its residential and outpatient treatment programs. It is working closely with the California Department of Developmental Services, regional centers, and county mental health agencies to ensure that all of the needs of the patients are met. ANKA's goal is to transition all of

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

the locations to other providers without closing any facilities to ensure that there is no interruption in patient services, and that the employees continue to work at the same locations since they have the knowledge and relationships with the clients and patients. ANKA is committed to an orderly and complete transition of its patients to alternate providers before terminating any service or closing any facility.

4. The bankruptcy was necessitated because some vendors threatened to discontinue services, and without those services, ANKA could not operate its business. ANKA's financial difficulties primarily arose because of unexpected losses associated with ANKA's expansion into new developmental service programs. The licenses for the new locations were unexpectedly delayed due to new regulations and could not be operated for significant periods while expenses accrued immediately. The commencement of this bankruptcy case provides ANKA with an ability to orderly transfer its patients to other providers while making current payments to creditors.

5. ANKA anticipates that it will have accomplished the transfer of its patients to new providers within 4-6 weeks from commencement of the Case, subject to certain regulatory considerations and approvals.

6. To date, no official committee or examiner has been appointed by the Office of the United States Trustee.

**B. Facts Relevant to This Request**

7. The Debtor has dedicated the approximate first week of this case to the critical tasks of ensuring that the Debtor can continue to use its cash management uses, working approval of approval of a cash collateral budget, working on transitioning its operations to a new provider to care for its patients, on meeting its payroll obligations, ensuring that the Debtor has sufficient funds and authority to use funds in order to operate its business during its transition period, and the Debtor is in compliance with all of the Court's orders and requirements.

8. Given the fact that the Debtor and the staff have dedicated the first week of these cases on various matters critical to the Debtor's operations and administration of this bankruptcy cases, the Debtor requires additional time to prepare and file the Required Documents. The

1  Debtor must also prepare the required documents for submission to the Office of the United States

2  Trustee for the initial debtor interview, which will require significant time and attention.

3  9.  The primary representative of the Debtor and Responsible Individual for the

4  Debtor, assisting the Debtor in connection with preparing the Required Documents is Chris

5  Withrow, the Debtor's Chief Executive Officer. Mr. Withrow also played, and plays, a critical

6  and substantial role in connection with performance of all of the tasks referenced above, including

7  preparation of the emergency motions and administrative compliance materials, while also serving

8  as Chief Executive Officer and undertaking all of the tasks a chief executive officer of an

9  operating company is required to undertake. Mr. Withrow will be the primary individual assisting

10 the Debtor and the Debtor's counsel with preparing the Required Documents, and given the

11 circumstances discussed above, requires additional time to prepare the Required Documents.

## II. REQUEST FOR EXTENSION

13 10.  The Debtor requests a 30-day extension of the deadline to file the Required

14 Documents. The Debtor filed its bankruptcy petition on April 30, 2019. The deadline imposed to

15 file the Required Documents by the Bankruptcy Code and Notice Order is May 14, 2019. The

16 Debtor requests an extension June 13, 2019.[1] The Debtor requires more time to fully analyze its

17 assets and liabilities (since it operates some 50 facilities with 200-300 patients, and almost 1,000

18 employees in California and Michigan) with the assistance and advice of counsel in order to

19 prepare full and accurate Schedules, Statements and other Documents. All the while, the Debtor

20 must still tend to its business affairs and operate its facilities and ensure that its patients' needs are

21 being met.

22 11.  If the Debtor is forced to file to file its Schedules and Statements by the current

23 deadline, then the Debtor and its professionals will most likely have to later expend substantial

24 time and resources to prepare amendments at the expense of the estate. Therefore, the Debtor

25 respectfully submit that an extension of time for the Debtor to prepare its Schedules, Statements

---

[1] Debtor's proposed counsel intends to file its proposed application for approval of employment by May 14, 2019

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

and other Documents is warranted and appropriate. Furthermore, the Debtor respectfully submits that none of its creditors will be prejudiced by the extension of time requested herein.

12. This request is made pursuant to LBR 9006-1(c). No prior requests for an extension of time have been made. This Motion, the Declaration of Chris Withrow in Support of First Day Motions, and the Notice of First Day Motions on: (i) the Office of the United States Trustee; (ii) any alleged secured creditors; (iii) the twenty largest general unsecured creditors appearing on the list filed in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (iv) the United States of America, and the Attorney General for the State of California;(v) agencies and other entities that place patients in the debtor's residential facilities, and (vi) parties that file with the Court and serve upon the Debtor requests for notice of all matters in accordance with Bankruptcy Rule 2002(i). Among other things, the Notice of Emergency Motions will provide that any opposition or objection to the Motion may be presented at any time before or at the hearing regarding the Motion, but that failure to timely object may be deemed by the Court to constitute consent to the relief requested herein.

WHEREFORE, the Debtor requests an order of the Court granting this Motion in its entirety and extending the time for the Debtor to file the Required Documents from May 14, 2019 to June 13, 2019.

DATED: May 6, 2019

TRODELLA & LAPPING LLP
WENDEL, ROSEN, BLACK & DEAN LLP


By: _____*/s/ Tracy Green*_____
Tracy Green
Elizabeth Berke-Dreyfuss
Lisa Lenherr
[Proposed]Attorneys for Debtor