MICHAEL A. SWEET (SBN 184345)
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com
(Proposed) Attorneys for the
Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>ANKA BEHAVIORAL HEALTH, INCORPORATED,<br><br>Debtor. | Case No. 19-41025-WJL<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**<br><br>Judge: The Honorable William J. Lafferty, III |

**TO THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned *proposed* counsel for the Official Committee of Unsecured Creditors, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following pursuant to, inter alia, Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure:

>Michael A. Sweet, Esq.
>msweet@foxrothschild.com
>Fox Rothschild LLP
>345 California Street, Suite 2200
>San Francisco, California 94104

///

| | |
|---|---|
| 1 | The above counsel further request that they be placed on the Court's ECF notification and |
| 2 | service list. |
| 3 | Date: May 8, 2019     FOX ROTHSCHILD LLP |
| 4 | |
| 5 | By */s/ Michael A. Sweet* |
| | Michael A. Sweet |
| 6 | (Proposed) Attorneys for the Official Committee of Unsecured Creditors |

Active\94817940.v1-5/8/19