MICHAEL A. SWEET (SBN 184345)
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436
Email: msweet@foxrothschild.com
Attorneys for the
Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>ANKA BEHAVIORAL HEALTH, INCORPORATED,<br><br>Debtor. | Case No. 19-41025-WJL<br><br>Chapter 11<br><br>**STIPULATION BETWEEN THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE DEBTOR FOR LEAVE, STANDING, AND AUTHORITY TO INVESTIGATE, PURSUE, PROSECUTE, AND RESOLVE CERTAIN ACTIONS ON BEHALF OF THE ESTATE AND GRANTING RELATED RELIEF**<br><br>Hon. William J. Lafferty, III<br><br>[No Hearing Required] |

The Official Committee of Unsecured Creditors in the above captioned case, on behalf of itself and any successor in interest (the "Committee"), and ANKA Behavioral Health, Incorporated (the "Debtor"), debtor and debtor in possession in the above captioned case, hereby stipulate and agree pursuant to 11 U.S.C. §§ 105, 1103(c)(5) and 1109(b) that: the Committee, including any successor in interest to the Committee, shall have non-exclusive leave, standing, and authority to investigate, pursue, file, commence, prosecute to judgment, settle or otherwise resolve any and all

claims or causes of action against any Target Party or any Target Parties (as those terms are defined herein), including without limitation the Litigation Claims defined herein, as follows:

**RECITALS**

A. Whereas, on April 30, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

B. Whereas, the Debtor has continued to manage its affairs as debtor in-possession pursuant to sections 1107(a) and 1108.

C. Whereas, on May 8, 2019, the Committee was duly appointed by the Office of the United States Trustee pursuant to section 1102 of the Bankruptcy Code to represent the interests of creditors holding unsecured claims in this case.

D. Whereas, pursuant to Bankruptcy Code section 1103(c), the Committee's duties include investigation of the acts, conduct, assets, liabilities, and financial condition of the Debtor and any other matter relevant to the case or to the formulation of a plan.

E. Whereas, based on limited information that has been provided to the Committee to date, the Committee believes that colorable claims and causes of action (the "Litigation Claims") may exist against, certain insiders of the Debtor, including the Debtor's prepetition Officers (collectively, the "Target Parties" and each, individually, a "Target Party") relating to their prepetition management of the Debtor.

F. Whereas, the policies of insurance covering the Debtor's Directors and Officers expires on or about June 30, 2019, and to invoke the policies, claims must be made prior to that date.

G. Whereas, the Debtor has agreed to consent to and authorize the Committee to pursue the Litigation Claims on behalf of the Debtor's estate as is set forth in this Stipulation.

H. Whereas, a Bankruptcy Court may confer standing on a creditors' committee to pursue estate claims, under the Bankruptcy Code.[1]

---

[1] *See In re. Parmetex, Inc.*, 199 F.3d 1029, 1031 (9th Cir. 1999)(stating that a court could grant derivative standing to a creditor's committee when the trustee has stipulated to the committee's standing and the court has approved such stipulation).

I. Whereas, in order to avoid the need for costly litigation, the Committee and the Debtor have reached agreement with respect to the Committee's non-exclusive authority to investigate, settle, and pursue the Litigation Claims on the terms set forth in this Stipulation.

**STIPULATION**

**NOW, THEREFORE, IT IS HEREBY STIPULATED** and agreed to by and between the Committee and the Debtor as follows:

1. The Recitals set forth above are hereby incorporated in full and made a part of this Stipulation.

2. The Committee, and any successor in interest to the Committee, shall have non-exclusive leave, standing, and authority to investigate, pursue, file, commence, prosecute to judgment, settle or otherwise resolve any and all claims or causes of action otherwise owned by the Debtor against any Target Party or any Target Parties, including without limitation the Litigation Claims.

3. This Stipulation and the agreements set forth herein are made subject to Bankruptcy Court approval.

4. This Stipulation and the agreements contained herein shall be binding on and shall inure to the benefit of the parties hereto, and any successors in interest, assignees, trustees, examiners, agents, and representatives.

5. Each party and/or counsel signing below warrants that he or she has full authority to enter into this Stipulation on behalf of the party he purports to bind.

6. This Stipulation may be executed by facsimile or electronic signature in two or more counterparts, each of which will be deemed to be an original, but all of which together shall constitute one instrument. No term of this Stipulation may be waived, modified or amended except in a writing approved by the Bankruptcy Court and signed by the party against whom enforcement of the waiver, modification or amendment is sought.

7. The parties further stipulate that the Committee shall have relief from the automatic stay, to the extent necessary, to do the things contemplated by this Stipulation.

[signatures on following page]

ACCORDINGLY, IT IS SO STIPULATED AND AGREED:

Executed this 26th day of June, 2019 at _____, _____.

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ANKA
BEHAVIORAL HEALTH
INCORPORATED

By: *Chris Evans*
Chris Evans, Committee Chair

Executed this 25th day of June, 2019 at Pleasant Hill, California.

ANKA BEHAVIORAL HEALTH
INCORPORATED

By: *Chris Withrow*
Chris Withrow, CEO

TRODELLA & LAPPING LLP
WENDEL, ROSEN, BLACK & DEAN LLP

By: /s/ Richard A. Lapping
Richard A. Lapping
Attorneys for ANKA Behavioral
Health, Incorporated

4