

The following constitutes the order of the Court.
Signed: November 18, 2019

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

Richard A. Lapping (SBN: 107496)
**TRODELLA & LAPPING LLP**
540 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 399-1015
Fax: (415) 651-9004
Email: Rich@TrodellaLapping.com

Tracy Green (SBN: 114876)
Elizabeth Berke-Dreyfuss (SBN: 114651)
Lisa Lenherr (SBN: 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: tgreen@wendel.com
Email: edreyfuss@wendel.com
Email: llenherr@wendel.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ANKA BEHAVIORAL HEALTH, INCORPORATED,<br><br>Debtor. | Case No. 19-41025-WJL<br><br>Chapter 11<br><br>**ORDER CONVERTING CASE TO CHAPTER 7**<br><br>Date: November 13, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 220<br>1300 Clay Street<br>Oakland, CA<br>Judge: Hon. William J. Lafferty III |

On November 13, 2019, the Honorable William J. Lafferty, III, held a status conference and continued hearing on Motion of the United States Trustee to Convert of Dismiss Chapter 11 Case (Docket No. 224, filed July 18, 2019). Lisa Lenherr appeared on behalf of the above-captioned Debtor; Michael A. Sweet appeared on behalf of the Official Committee of Unsecured

Creditors; Iain Macdonald and Matthew J. Olson appeared on behalf of Bank of Guam; Marta Villacorta appeared on behalf of the United States Trustee. The Court having considered the papers on file herein, including the Declaration of Chris Withrow re: Consent to Conversion of Case to Chapter 7, filed as Docket No. 374, on November 16, 2019, having considered the arguments and representations of counsel for the parties hereto, having considered the relief requested, and being fully advised thereby, and for good cause appearing therefor, and for the reasons stated on the record,

IT IS HEREBY ORDERED that:

1) The Motion is GRANTED;

2) This chapter 11 case is converted to a case under chapter 7; and

3) The provisional telephonic conference scheduled for November 18, 2019, at 10:15 a.m. is VACATED.

**\*\*END OF ORDER\*\***

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

023418.0001\5669757.1    ORDER    2

**COURT SERVICE LIST**

ECF Recipients