Alan I. Nahmias, Esq., SBN 125140
Scott H. Noskin, Esq., SBN 164923
MIRMAN, BUBMAN & NAHMIAS, LLP
21860 Burbank Blvd., Suite 360
Woodland Hills, California 91367
Telephone: (818) 995-2555
Facsimile: (818) 451-4620
Email: anahmias@mbnlawyers.com

Attorneys for Larry D. Simons, Chapter 7 Trustee of the
Bankruptcy Estate of Deborah Cassandra Allen

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>ANKA BEHAVIORAL HEALTH, INC.,<br><br>Debtor. | Case No. 19-41025 WJL<br><br>Chapter 7<br><br>RS No. AIN-002<br><br>**STATUS RE: MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND REQUEST FOR CONTINUANCE OF HEARING**<br><br>Date: February 19, 2020<br>Time: 9:30 am<br>Location: 1300 Clay Street<br>         Courtroom 220<br>         Oakland, CA 94612<br>Judge: Honorable William J. Lafferty |

**TO: THE HONORABLE WILLIAM J. LAFFERTY:**

    Larry D. Simons, the Chapter 7 Trustee ("Simons" or "Movant") of the bankruptcy estate of Deborah Cassandra Allen ("Allen"), a creditor of Debtor, Anka Behavioral Health, Inc. ("Debtor" or "ANKA") provides the following status regarding its Motion for Relief from the Automatic Stay ("Motion") currently set for hearing on February 19, 2020.

///

///

///

1

## BACKGROUND

As the Court may recall, although the Debtor's counsel initially filed a Statement of Non-Opposition, counsel for the Creditors' Committee appeared at the initial hearing opposing Simons' Motion asserting that he had been advised by Debtor's insurance coverage counsel that the D&O policy applicable to Allen's claim was the same policy out of which other creditors' claims would be pursued. This was based on the conclusion that the D&O policy had been extended rather than renewed, and therefore was not a new policy, and Allen's claim should be grouped with all potential claims to the policy. The Chapter 7 Trustee of the ANKA estate has taken the same position.

## REQUEST FOR CONTINUANCE

Certain documentation has been provided to Movant, but he is still evaluating the matter. Further, counsel for the Chapter 7 Trustee is currently investigating claims against the D&O policy that were made under the policy that he says is applicable to the Allen claim, and believes that the Trustee will have a better idea in May or June of 2020 which claims he will pursue and possible damages the estate may seek. The Movant and the Chapter 7 Trustee of the ANKA estate have decided it would be prudent to continue this hearing to allow the Trustee of the ANKA estate to evaluate the estate's claims, and both parties request that the hearing be continued to late May or early June.

Counsel for Movant has a hearing he will be attending Wednesday morning at 8:30 a.m. before the Honorable Sandra Klein in the Central District of California Bankruptcy Court. This 8:30 a.m. hearing was not scheduled at the time of scheduling the continued hearing in this case, as the subject bankruptcy case in the Central District was just recently filed on January 29, 2020. Counsel will request priority for the 8:30 a.m. hearing and barring an unexpected occurrence, fully expects to

///

///

///

///

be on court call for the 9:30 a.m. hearing tomorrow. In the event the hearing goes past 9:30 a.m., counsel for Movant will attempt to have someone from his office notify this Court's clerk. Counsel have discussed continued dates, and counsel for the ANKA Trustee has Movant's counsel's consent to request a continued date.

DATED: February 18, 2020

MIRMAN, BUBMAN & NAHMIAS, LLP

By: _____
SCOTT H. NOSKIN
Attorneys for Larry D. Simons, Chapter 7 Trustee of the
Bankruptcy Estate of Deborah Cassandra Allen